AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Nowlin, James R. | U.S. District Court, Western Dist of Texas | 03/22/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U.S. District Judge | ☐ Nomination   Date<br>☐ Initial   ✔ Annual   ☐ Final<br><br>**5b.** ✔ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

U.S. Courthouse
501 West 5th Street, #6400
Austin, Texas 78701

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nowlin, James R. | 03/22/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2019 | State Employee's Retirement System of Texas, State Legislature Retirement | $43,748.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nowlin, James R. | 03/22/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Nowlin, James R.** | 03/22/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Ranch, Texas | C | Distribution | P1 | W | | | | | |
| 2. Ameriprise Financial cash equivalent accout sweep/money market | A | Interest | J | T | | | | | |
| 3. AT&T | B | Dividend | K | T | | | | | |
| 4. Pfizer, Inc. | A | Dividend | J | T | | | | | |
| 5. Caterpiller, Inc. | A | Dividend | K | T | | | | | |
| 6. 3M Company | B | Dividend | K | T | | | | | |
| 7. Marriott International, Inc. | A | Dividend | J | T | | | | | |
| 8. ExxonMobil, Inc. | B | Dividend | K | T | | | | | |
| 9. Ranger Energy Services, Inc. | A | Dividend | J | T | | | | | |
| 10. EmigrantDirect Savings Bank | A | Interest | L | T | | | | | |
| 11. Diamondback E&P | A | Royalty | J | W | | | | | |
| 12. Cimarex Energy Co. | F | Royalty | M | W | | | | | |
| 13. EOG Resources, Inc. | B | Royalty | K | W | | | | | |
| 14. Legacy Reserves Operating LP | A | Royalty | J | W | | | | | |
| 15. Enterprise Crude Oil, LL | B | Royalty | K | W | | | | | |
| 16. Pruet Oil Co. LL | A | Royalty | J | W | | | | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. The filing of this Financial Disclosure Report for calendar 2019 reflects a re-entry of this senior judge into work status requiring renewed Report filing after the period
2015-2018 when lack of sufficient case docket precluded filing requirement, and a "Final" Report having been filed for calendar year 2014.
2. Part VII, Nos. 11-16:
No new or additional royalty or mineral interests were bought, transferred or sold during this reporting period. Any changes or differences in the number or indentites of interests or of payors/operators listed herin from prior reports does not reflect or indicate any sale, acquisition or transfer of royalty or mineral interests but only reflects changes, if any, in lease operators/payors/lessees or an absence in reportable royalty income from a particular previously reported operator/payor/ lessee during this reporting period.

Dear Chairman Bunning:
I am in receipt of your email and letter of October 22, 2020 concerning my timely filed Financial Disclosure Report for 2019
and the review of Dylan Johnson of your office related to that report. It appears that the reviewer is concerned over my listing
at page 4, Sec. VII, line 2 of Ameriprise Financial as a "brokerage" entity and my failure to list the equities held by that entity.
For your information and assistance with this concern I submit to your office the following, which is self evident from the
Information contained in the original filing and needs no correction if carefully read and considered:
1 Ameriprise Financial is an entity that fulfills many financial functions including brokerage, banking, accounting
and other financial services for its clients
2. The listing of Ameriprise Financial at the location in the Report noted above clearly lists that entity as the
holder of money market funds (in a minimal amount) from which there are amounts of interest earned.
In Column B, line 2 the word "Interest" clearly appears as Income from that entity (not brokerage).
3. Although Ameriprise Financial does additionally serve me in a brokerage capacity all stock holdings held in
that capacity are clearly and individually listed in the Report in the spaces following the Ameriprise listing
at page 4, Sec. VII, lines 3-9.
Based on the clarifications noted herein the 2019 Report is accurate and needs no further amendment. Should
there be a further concern of your office related to the matters contained in your October 22, 2020 letter you may attach
this responsive letter to the 2019 Report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James R. Nowlin**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544